HONORABLE RICARDO MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE Z. MUELLER,<br><br>                      Plaintiff,<br><br>   v.<br><br>MOVE, INC.,<br><br>                      Defendant. | NO.  2:20-cv-01374 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.       STIPULATION

The parties to this case, plaintiff Suzanne Mueller and defendant Move, Inc., hereby stipulate and agree that this action be dismissed with prejudice and without fees to either side, each party bearing its own costs and fees.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## II. ORDER

Pursuant to the above stipulation, it is so ORDERED: this case is hereby dismissed with prejudice and with each party bearing its own costs and fees.

DATED this 10th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented through stipulation by:

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC

By: *s/ Robin Williams Phillips*
    Robin Williams Phillips, WSBA No. 17947
    Attorney for Plaintiff

*Approved as to form, notice of Presentation waived*:

SEYFARTH SHAW LLP

By: *s/ Molly Gabel*
    Molly Gabel, WSBA # 47023
    Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563